NO. 12-09-00324-CV

 IN THE COURT OF APPEALS

 TWELFTH COURT OF APPEALS DISTRICT

 TYLER, TEXAS

JOE COY WHITLOW, ( APPEAL FROM THE 241ST
APPELLANT

V. ( JUDICIAL DISTRICT COURT OF

HEALTHPORT, P.A. D/B/A
PAIN RECOVERY CENTER OF, ( SMITH COUNTY, TEXAS
TYLER AND BOBBY HOLBROOK,
APPELLEES

 MEMORANDUM OPINION
 PER CURIAM
 Appellant, Joe Coy Whitlow, has filed a motion to dismiss this
appeal. In his motion, Whitlow states that his dispute with Appellees,
Healthport, PA, d/b/a Pain Recovery Center of Tyler and Bobby Holbrook, has
been resolved and he no longer wishes to pursue the appeal. Because
Whitlow has met the requirements of Texas Rule of Appellate Procedure
42.1(a)(1), the motion is granted, and the appeal is dismissed.
Opinion delivered February 10, 2010.
Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 (PUBLISH)